# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2011 C 8861 ) ) Judge Manning ) |
| CLAYTON CARRIER CORP. a dissolved foreign corporation, | ) ) ) Magistrate Judge Finnegan ) |
| Defendant. | ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiff states as follows:

1. Suit was filed on December 14, 2011 for collection of withdrawal liability plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon Clayton Carrier Corp., a dissolved foreign corporation on December 19, 2011 and a copy of the proof of service was filed with the court on December 19, 2011.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$157,023.00  Pension withdrawal liability
$925.00  Attorneys fees
$350.00  Court costs
$158,298.00

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, Clayton Carrier Corp., a dissolved foreign corporation, and in favor of Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND in the amount of $158,298.00.

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS PENSION FUND
>
> s/John J. Toomey
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: January 11, 2012